UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24359-KMW

ENRIQUE ALVEAR

      Plaintiff,

v.

VESMA FASHION, LLC

      Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

      Plaintiff, ENRIQUE ALVEAR, and Defendant, VESMA FASHION, LLC., by and through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them thirty (30) days from the date of filing this Notice to finalize their settlement agreement and to submit the documents to dismiss this case with prejudice.

      Dated: March 26, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email duranandassociates@gmail.com |
| By ___*s/ Roderick V. Hannah*___ | By ___*s/ Pelayo M. Duran*___ |
|      RODERICK V. HANNAH |      PELAYO M. DURAN |
|      Fla. Bar No. 435384 |      Fla. Bar No. 0146595 |

**LEWIS BRIBOIS BISGAARD & SMTH LLP**
Counsel for Defendant
110 SE 6th Street Sute 2600
Fort Lauderdale, FL  33301
(954) 302-4152
Jonathan.beckerman@lewisbrisbois.com
Daniel.gonzalez@lewisbrisbois.com


By ____*/s/ Daniel Eric Gonzalez*_____
     DANIEL ERIC GONZALEZ
     Fla. Bar No. 118696

138299337.1 3